## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF THE DELAWARE

| | | |
|---|---|---|
| ASSETS AND HOLDINGS LTD., | * | C.A. No. 20-571-MN |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| LIFE SETTLEMENT EXCHANGE, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF ENTRY OF JUDGMENT BY DEFAULT**

TO: LIFE SETTLEMENT EXCHANGE, INC.
c/o Corp1, Inc.
614 N. DuPont Highway, Suite 210
Dover, DE 19901

PLEASE TAKE NOTICE that Plaintiff has filed a Direction and Affidavit in Support of Entry of Judgment by Default against the Defendant in the above-captioned matter.

**LAW OFFICE OF
DANIEL C. HERR LLC**

Date: June 8, 2020

*/s/Daniel C. Herr*
Daniel C. Herr, Esquire, Bar I.D. 5497
1225 N. King Street, Suite 1000
Wilmington, DE 19801
302-483-7060 (tel) | 302-483-7065 (fax)
dherr@dherrlaw.com
*Attorney for Plaintiff*