IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSETS AND HOLDINGS LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-571 (MN) |
| | ) |
| | ) |
| LIFE SETTLEMENT EXCHANGE, INC., | ) |
| | ) |
| Defendant. | ) |

**CLERK'S ENTRY OF DEFAULT**

Plaintiff Assets and Holdings Ltd.'s ("Plaintiff") Request that the Clerk Enter Default (D.I. 7), the supporting Affidavit of Daniel C. Herr, Esquire (D.I. 7-1), and the Court docket show that:

1. On April 28, 2020, Plaintiff filed a Complaint alleging breach of contract, breach of quasi-contract, and unjust enrichment ("the Complaint") against Defendant Life Settlement Exchange, Inc. ("Defendant") (D.I. 1);

2. On May 1, 2020, Plaintiff served the summons and Complaint upon the registered agent for Defendant (D.I. 4; D.I. 7-1 ¶ 4);

3. Pursuant to the Federal Rules of Civil Procedure, Defendant's deadline to answer, move, or otherwise respond to the Complaint was no later than May 22, 2020 (Fed. R. Civ. P. 12); and

4. Defendant has not served an answer to the Complaint, nor has it made any appearance in the present action and, as a result, has failed to plead or otherwise defend against the judgment that Plaintiff seeks in the Complaint.

2

THEREFORE, pursuant to Federal Rule of Civil Procedure 55(a), DEFAULT is HEREBY ENTERED this 26th day of June 2020 against Defendant Life Settlement Exchange, Inc.

Plaintiff shall serve a copy of this Clerk's Entry of Default on Defendant by mailing a copy to: (1) the last known address for Defendant and (2) Defendant's registered agent, and shall file proofs of service regarding same.

JOHN A. CERINO, Clerk of Court

       /s/ April Walker
By:   April Walker, Deputy Clerk