IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSETS AND HOLDINGS LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-571 (MN) |
| ) | |
| LIFE SETTLEMENT EXCHANGE, INC., ) | |
| ) | |
| Defendant. ) | |

## SHOW CAUSE ORDER

At Wilmington, this 27th day of October 2020;

WHEREAS, June 26, 2020, at the request of Plaintiff, the Court entered a Clerk's Entry of Default (D.I. 8) against Defendant Life Settlement Exchange, Inc.; and

WHEREAS, more than three months have passed since Plaintiff has taken any action in this case, with the last action being taken by Plaintiff in June 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that, on or before November 3, 2020, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to Rule 41.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware

_/s/ Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge