IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASSETS AND HOLDINGS LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-571 (MN) |
| | ) |
| LIFE SETTLEMENT EXCHANGE, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

At Wilmington, this 29th day of April 2021:

WHEREAS, on April 14, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 16) in this action, recommending that the Court grant Plaintiff's Motion for Entry of Judgment by Default pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure (D.I. 14); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation is ADOPTED and Plaintiff's Motion for Entry of Judgment by Default is GRANTED.

IT IS FURTHER ORDERED that, on or before May 13, 2021, Plaintiff shall file a proposed form of Judgment consistent with the Report and Recommendation.

The Honorable Maryellen Noreika
United States District Judge